William C. Rooklidge (SBN 134483)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
E-mail: rooklidgew@howrey.com
E-mail: cotef@howrey.com

Bobby A. Ghajar (SBN 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: ghajarb@howrey.com
E-mail: mooree@howrey.com

Attorneys for Defendants
The California Cars Initiative, Inc. and
Felix Kramer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CALCAR, INC., a California Corporation; and AMERICAN CALCAR, INC., a Delaware corporation, | Case No. SACV07-723-AG(JWJx) |
| Plaintiffs, | **FINAL JUDGMENT** |
| vs. | |
| THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual, | |
| Defendants. | |

The Court, having considered the parties' cross-motions for summary judgment, all responses thereto, and oral argument; having taken the matter under submission on September 8, 2008; and having issued an Order dated October 8, 2008 granting

Defendants The California Cars Initiative and Felix Kramer's ("Defendants") motion for summary judgment dismissing Plaintiffs Calcar, Inc. and American Calcar, Inc.'s. ("Plaintiffs") claims;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    Judgment is granted in favor of Defendants and against Plaintiffs on each claim asserted by Plaintiffs in their Complaint, specifically, (1) federal trademark infringement; (2) false designation of origin; (3) California trademark dilution; (4) common law trademark infringement and unfair competition; and (5) California unfair competition.

    2.    Defendants are the prevailing parties on Plaintiffs' Complaint. Costs are to be awarded by application to the Clerk of the Court.

    3.    Any request for attorney's fees will be separately considered upon a properly noticed motion.

    4.    The Clerk is ordered to enter this judgment forthwith.

Dated: November 04, 2008

                          Honorable Andrew J. Guilford